■ JAMES H. McQUADE et al., Respondents, v. CARVEL STORES OF PENNSYLVANIA, INC., et al., Defendants, and JOHN DESIDERIO et al., Appellants.— In an action to recover damages for breach of covenants of title and quiet enjoyment, the appeal is from so much of an order as denies appellants' motion to dismiss the second amended complaint for insufficiency. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ SARAH OLINER, Appellant, v. TOWN OF MAMARONECK et al., Respondents.— In an action for a judgment (1) restraining respondents from proceeding with a proposed sale at public auction of certain land owned by the respondent town and (2) directing respondents to convey said land to appellant upon certain terms, the appeal is from a judgment entered on an order granting respondents' motion for summary judgment dismissing the complaint (Rules Civ. Prac., rule 113). Judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR AFFLICK, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting appellant of unlawful possession of a narcotic drug. Judgment unanimously affirmed. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM BLAKE, Appellant.— Appeal from an order of the County Court, Kings County, denying, without a hearing, appellant's application in the nature of a writ of error *coram nobis* to vacate a judgment of said court rendered May 22, 1950 convicting him of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, and sentencing him to serve from 10 to 30 years. Order unanimously affirmed. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM DUFFY, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of robbery in the first degree, grand larceny in the first degree, and assault in the second degree, and sentencing him as a second felony offender to serve from 15 to 30 years. Judgment unanimously affirmed. No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.